PARSHELSKY BROTHERS, INC., Respondent, v. GROSS MANUFACTURING COMPANY, Appellant.— *Application denied, with ten dollars costs.*

BENJAMIN SCHNEIDER, Respondent, v. S. SILBERSTEIN & SON, INC., Appellant.— *Application denied, with ten dollars costs.*

HERMAN SIMON, Appellant, v. COMMERCIAL CASUALTY INSURANCE COMPANY, Respondent.— *Application denied, with ten dollars costs.*

FIRST NATIONAL BANK OF JAMAICA, Respondent, v. ANDREW J. COBB, Defendant. MAURICE A. KRAUS, Appellant.— *Application denied, with ten dollars costs.*

GREENPOINT CONTRACTING COMPANY, Respondent, v. BARNET WEINSTEIN, Appellant.— *Application denied, with ten dollars costs.*

---

## THIRD DEPARTMENT, JUNE, 1921.

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. THE WESTCHESTER COUNTY NATIONAL BANK OF PEEKSKILL, NEW YORK, Defendant.— *Judgment directed for the plaintiff for the sum of $25,000 damages upon the facts contained in the submission of the controversy. All concur. Leave to appeal to the Court of Appeals is hereby granted.*